STATE OF NEW JERSEY v. GEORGE G. JURCSEK.

November 2, 1981.

Petition for certification denied.

UNION TOWNSHIP TEACHERS' ASSOCIATION v. BOARD OF
EDUCATION OF THE TOWNSHIP OF UNION,
UNION COUNTY.

November 4, 1981.

Petition for certification granted.

BERGEN–EASTERN CORPORATION v. SOPHIA KOSS.

November 9, 1981.

The Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed. (See 87 *N.J.* 351)

IRENE M. CURRAN v. KIM INSTITUTE OF
REHABILITATION MEDICINE.

November 9, 1981.

The Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed. (See 87 *N.J.* 306)